SULLIVAN, HILL, LEWIN, REZ & ENGEL  
A Professional Law Corporation  
  Christine A. Roberts, NV SBN 6472  
  Elizabeth E. Stephens, NV SBN 5788  
228 South Fourth Street, First Floor  
Las Vegas, NV 89101  
Telephone: (702) 382-6440  
Fax Number: (702) 384-9102  

Proposed Attorneys for Yvette Weinstein,  
Chapter 7 Panel Trustee  

**Electronically Filed: February 22, 2010**

# UNITED STATES BANKRUPTCY COURT
## District of Nevada

| | |
|---|---|
| In re | CASE NO. BK-S-10-10283-lbr |
| EDWIGE L. BINGUE and DONALD HOUSE | Chapter 7 |
| Debtors. | |
| | Ctrm: 1 |
| | Foley Federal Building |
| | 300 Las Vegas Blvd. So |
| | Las Vegas, NV 89101 |
| | Judge: Hon. Linda B. Riegle |

**REQUEST FOR SPECIAL NOTICE**  
**AND TO BE ADDED TO THE MASTER MAILING MATRIX**

**PLEASE TAKE NOTICE** that the Chapter 7 Trustee, Yvette Weinstein ("Trustee") hereby requests that notice of all events relevant to the bankruptcy case of EDWIGE L. BINGUE and DONALD HOUSE, and copies of all notices, pleadings and other documents filed in this case, including all pleadings or notices to be given under Rule 2002 of the Federal Rules of Bankruptcy Procedure, be served on her proposed attorneys as follows:

    Christine A. Roberts  
    Sullivan Hill Lewin Rez & Engel  
    228 South Fourth Street, First Floor  
    Las Vegas, NV 89101  
    Email: *roberts@sullivanhill.com*

/ / /

1  In addition, the Trustee requests that her attorneys be added to the Master Mailing Matrix in
2  this case and, as said attorneys of record, that we receive notice of all proceedings in this matter.
3
4  Dated:    February 22, 2010           SULLIVAN, HILL, LEWIN, REZ & ENGEL
                                          A Professional Law Corporation
5
6
                                          By:       */s/ Christine A. Roberts*
7                                                Christine A. Roberts, Esq.
                                                 Proposed Attorneys for Yvette Weinstein,
8                                                Chapter 7 Panel Trustee

- 2 -

::ODMA\PCDOCS\PCDOCS\307030\1